BRYAN SCHRODER
United States Attorney

ALLISON O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:19-cr-00114-JMK-MMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| REY JOEL SOTO-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**RESPONSE TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION**

**FOR ORAL ARGUMENT (NON-OPPOSITION)**

The United States has reviewed counsel for defendant Rey Soto-Lopez *Motion for Leave to File Supplemental Motion for Oral Argument* (Dkt No. 69). The United States does not oppose defendant Rey Soto-Lopez's motion for leave to file a supplemental motion and reply.

//

RESPECTFULLY SUBMITTED September 4, 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Allison O'Leary
ALLISON O'LEARY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, a true and correct copy of the foregoing was served electronically on the following:

Gary Colbath, Federal Public Defender

s/ Allison O'Leary
Office of the U.S. Attorney

U.S. v. SOTO-LOPEZ
3:19-cr-00114-JMK-MMS