IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REY JOEL SOTO-LOPEZ,<br><br>    Defendant. | Case No. 3:19-cr-00114-JMK<br><br>**ORDER DENYING<br>MOTION TO SUPPRESS** |

      Before the Court at Docket 17 is Defendant's Motion to Suppress. The Government responded in opposition at Docket 21. Defendant filed a reply brief in support of the motion to suppress, in which he requested an evidentiary hearing, at Docket 34. The motion was referred to the Honorable Magistrate Judge Scoble. Following the evidentiary hearing on the motion to suppress, Defendant filed a post-hearing supplemental brief and the Government filed a post-hearing sur reply, Dockets 50 and 51, respectively. At Docket 59, Judge Scoble issued his Initial Report and Recommendation, in which he recommended that the motion be denied. Defendant objected to the Initial Report and Recommendation at Docket 60, to which the Government replied at Docket 61. Judge Scoble issued his Final Report and Recommendation at Docket 68, in which he,

again, recommended that the motion be denied. No objections to the Final Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." But, as to those topics on which no objections are filed, "[n]either the Constitution nor [28 U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."

The Magistrate Judge recommended that the Court deny the Motion to Suppress. The Court has reviewed the Final Report and Recommendation, and agrees with its analysis. Accordingly, the Court adopts the Final Report and Recommendation, and IT IS ORDERED that the Motion to Suppress is DENIED. IT IS FURTHER ORDERED that Defendant's Motion for Oral Argument and Motion for Leave to File at Dockets 65 and 69, respectively, are DENIED AS MOOT.

IT IS SO ORDERED this 18th day of September, 2020, at Anchorage, Alaska.

                                         */s/ Joshua M. Kindred*
                                         JOSHUA M. KINDRED
                                         United States District Judge

*United States v. Soto-Lopez*  Case No. 3:19-cr-00114-JMK
Order Denying Motion to Suppress  Page 2
Case 3:19-cr-00114-JMK-MMS   Document 71   Filed 09/18/20   Page 2 of 2