

Case 3:19-cr-00114-JMK-MMS   Document 88-1   Filed 12/31/20   Page 1 of 1