BRYAN SCHRODER
United States Attorney

ALLISON O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00114-JMK-MMS |
| Plaintiff, | ) |
| vs. | ) |
| REY JOEL SOTO-LOPEZ, | ) |
| Defendant. | ) |

## UNITED STATES' RESPONSE NON-OPPOSING MOTION FOR LEAVE TO FILE REPLY

The United States does not oppose defendant Rey Soto-Lopez's motion for leave to file a reply regarding his second motion to suppress.

//

//

//

//

RESPECTFULLY SUBMITTED January 7, 2021, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Allison O'Leary
ALLISON O'LEARY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2021 a true and correct copy of the foregoing was served electronically on the following:

Gary Colbath, Assistant Federal Public Defender

s/ Allison O'Leary
Office of the U.S. Attorney

U.S. v. Rey Soto-Lopez
3:19-cr-00114-JMK-MMS