BRYAN SCHRODER
United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00114-JMK-MMS |
| Plaintiff, | ) |
| vs. | ) |
| REY JOEL SOTO-LOPEZ, | ) |
| Defendant. | ) |

**ERRATA TO UNITED STATES' RESPONSE OPPOSING SECOND MOTION TO SUPPRESS**

In the United States' response opposing defendant Rey Soto-Lopez's second motion to suppress, the undersigned did not describe Trooper Howard's relevant in-car video as showing the Trooper looking in the backseat area of Soto-Lopez's vehicle. ECF No. 88, pp. 3-4. After reviewing the in-car video again, the undersigned noticed that it shows Trooper Howard opening the rear passenger-side door and looking inside the rear portion of the passenger compartment from 17:27 to 17:37 and again from 18:20 to 18:48

(during the second period, Trooper Howard is also talking on his radio). Both of these periods occur during the initial search of Soto-Lopez's vehicle, before Trooper Howard first returned to his vehicle.

These facts do not affect the United States' legal analysis.

RESPECTFULLY SUBMITTED January 11, 2021, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021, a true and correct copy of the foregoing was served electronically on the following:

Gary Colbath

s/ Allison M. O'Leary
Office of the U.S. Attorney

U.S. v. Soto-Lopez
3:19-cr-00114-JMK-MMS