Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant Rey Joel Soto-Lopez

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REY JOEL SOTO-LOPEZ,<br><br>Defendant. | Case No. 3:19-cr-00114-JMK-MMS<br><br>**DECLARATION OF SING VANG**<br>**(Motion Exhibit D-1)** |

I, Sing Vang, declare that the following is true:

1.    I am a Criminal Defense Investigator with the Federal Public Defender's Office.  I have been in this position since August of 2019.  Prior to this current position, I was employed as a Criminal Defense Investigator for the Oklahoma Indigent Defense System located in Sapulpa, OK, where I worked exclusively on capital murder cases.  I hold a BA in Criminal Justice from Indiana University.  I also hold a JD from the Cleveland-Marshall College of Law.  During my years of working in this profession I have completed numerous training courses that were held both locally and national by a number of different reputable criminal defense associations in order to improve my skills and abilities to function as an investigator.

2.      Towards the end of winter 2019, REY SOTO-LOPEZ was assigned to me as a client.

3.      As part of my investigation work in this matter, in December of 2019, I was tasked with investigating potential witness IRA BECK'S background.  I looked at several different resources in doing so including the Alaska State Court System's Courtview website.  Courtview contained numerous case references to prior traffic related charges.  Additionally, more significant events were detailed from 2018 and 2019.

4.      As of December, 2019 Courtview showed the existence of the following active, civil domestic protection orders:  A) 07/09/2018 – 3KN-18-0567CI Protective Order was filed against IRA BECK'S on behalf of McGERRA BECK; and B) 07/28/2018 – 3KN-18-00627CI 2nd Protective Order filed against IRA BECK on behalf of  McGERRA BECK.

5.      Also, as of December, 2019, Courtview detailed the following active, criminal charges pending against IRA BECK as follows: 01/18/2019 – 3KN-19-00087CR

- 1 – Assault, Cause Fear of Injury w/ Weapon (felony)
- 2 – Assault, Repeat threat of Death/Injury (felony)
- 3 – Assault, Recklessly Injured (misd)
- 4 – Interfere w/ Report of DV Crime (misd)
- 5 – Criminal Mischief, Tamper w/ Property (misd)

6.      I secured records from the Kenai Superior Court related to the above referenced charges.  Based on my review of those records it appears BECK was

initially indicted in January, 2019 with the charges listed above. After litigation and various court proceedings, the matter was ultimately dismissed and the case closed by the Alaska State court sometime in July 2020.

7.  Based on my review of court records it appears BECK had the above referenced charges pending on March 24, 2019 and was subject to pretrial conditions of release on that date.

DATED at Anchorage, Alaska this 13th day of January, 2021.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

Sing Vang
Investigator
Federal Public Defender Office