BRYAN SCHRODER
United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:19-cr-00114-JMK-MMS |
| Plaintiff, | ) | |
| vs. | ) | |
| REY JOEL SOTO-LOPEZ, | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR ADDITIONAL TIME TO DETERMINE WITNESS AVAILABILITY FOR *FRANKS* HEARING**

The United States moves unopposed to continue the deadline for the parties to notify the Court of a proposed date for a *Franks* hearing by one week, to February 12, 2021. The Court ordered the parties to meet and confer regarding proposed hearing dates and notify the Court by February 5, 2020. ECF No. 101. The parties have conferred via email, however, the undersigned, with the assistance of the case agent from the Bureau of Alcohol, Tobacco, Firearms, and Explosives, has only reached one of the three Alaska

State Troopers who would be needed at a *Franks* hearing: Sergeant Simms. Trevor Howard, who submitted the affidavit at issue, no longer works for the Troopers, and the other Trooper who participated in the stop is on leave until this weekend. These circumstances have delayed contact with these necessary witnesses. The United States expects to be able to contact Trevor Howard and Trooper King before next Friday, and therefore requests this extension.

The undersigned contacted Gary Colbath, attorney for the defendant, by email regarding this motion. He said that he does not oppose it.

RESPECTFULLY SUBMITTED February 3, 2021, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, a true and correct copy of the foregoing was served electronically on the following:

Gary Colbath

s/ Allison M. O'Leary
Office of the U.S. Attorney

U.S. v. Soto-Lopez
3:19-cr-00114-JMK-MMS