BRYAN SCHRODER
United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00114-JMK-MMS |
| Plaintiff, | ) |
| vs. | ) |
| REY JOEL SOTO-LOPEZ, | ) |
| Defendant. | ) |

**JOINT NOTICE OF PROPOSED HEARING DATES**

Pursuant to the Court's text order at document 105 of the electronic record in this matter, the parties have conferred and propose that if a *Franks* hearing on the defendant's second motion to suppress evidence occurs, it be scheduled during the week of March 1-5, 2021, excluding only the afternoon of March 2, 2021. The

United States notes, however, that its motion for reconsideration of the Court's order to set a *Franks* hearing remains pending. ECF No. 106.

RESPECTFULLY SUBMITTED February 8, 2021, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

/s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, a true and correct copy of the foregoing was served electronically on the following:

Gary Colbath

s/ Allison M. O'Leary
Office of the U.S. Attorney

U.S. v. Soto-Lopez
3:19-cr-00114-JMK-MMS