E. BRYAN WILSON
Acting United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:19-cr-00114-JMK-MMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| REY JOEL SOTO-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF ELECTRONICALLY FILED EXHIBITS & PREVIOUSLY CONVENTIONALLY FILED EXHIBIT**

The United States hereby files electronic copies of the exhibits it may introduce at the hearing scheduled in this matter of April 1, 2021, in Virtual Courtroom 2: Exhibit 1 – Map, Exhibit 2 – Photograph Backseat, Exhibit 3 – Photograph Methamphetamine, Exhibit 4 – CAD Dispatch Log. The United States

may also introduce Exhibit 5 – In Car Video that was filed conventionally as document 24 on the Electronic Docket.

RESPECTFULLY SUBMITTED March 31, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

/s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2021, a true and correct copy of the foregoing was served electronically on the following:

Gary Colbath

s/ Allison M. O'Leary
Office of the U.S. Attorney