

 via AK-1 S  
Fastest route  
44 min  
36.9 miles

## Explore 36258 Suthard Blvd

    

Restaurants    Hotels    Gas stations    Parking Lots    More