

GOVERNMENT
EXHIBIT

2