## CFS: 1397

| | | |
|---|---|---|
| **Police Call Type:** TS | **Fire Call Type:** | **EMS Call Type:** |
| **Priority:** High | **Caller Phone:** (907) Redacted | **Extension:** |
| **Nature of Call:** | | **Primary Unit:** 1E41 |
| **Location:** MI 58.5 STERLING HWY - | | **Venue:** |
| **Common Name:** | | |
| **Cross Streets:** | | |
| **Beat:** | **District:** | **Quadrant:** | **Station:** |
| **Police ORI:** | **Fire FDID:** | **EMS FDID:** | |
| **Call Date/Time:** 03/24/2019 14:38:28 | **Dispatch Date/Time:** 03/24/2019 14:38:28 | **Arrive Date/Time:** 03/24/2019 15:37:08 | |
| **Report Required:** No | **Cleared Time:** 03/24/2019 18:34:13 | **Fire Controlled Time:** | |
| **Dispositions:** Arrest (0) | | | |

**Narratives:** 46 rows

| Date/Time (All) | Narrative (All) | User (All) |
|---|---|---|
| 03/25/2019 01:13:02 | VEH IMPOUND LOCATE ENTERED | pEATHOMP |
| 03/24/2019 18:24:12 | Narrative added from associated Call #: 1435 - REF CFS 1397, ARMS # AK-19-19209 | patresle |
| 03/24/2019 18:06:46 | Arrests entered on Rey Soto-Lopez | pldander |
| 03/24/2019 17:57:09 | Narrative added from associated Call #: 1435 - c with asap | pjbanta |
| 03/24/2019 17:56:55 | Narrative added from associated Call #: 1435 - bag was as large as my fist full of drugs | pjbanta |
| 03/24/2019 17:56:46 | Narrative added from associated Call #: 1435 - corner of the bag sticking out | pjbanta |
| 03/24/2019 17:56:41 | Narrative added from associated Call #: 1435 - looked at the back seat | pjbanta |
| 03/24/2019 17:56:38 | Narrative added from associated Call #: 1435 - there was beeping going on | pjbanta |
| 03/24/2019 17:56:19 | Narrative added from associated Call #: 1435 - blue vehicle i just picked up | pjbanta |
| 03/24/2019 16:45:18 | ATN 116 516 709 MICS 4, PROBATION VIOLATION -1E41 | patresle |
| 03/24/2019 16:43:48 | ASAP TOWING ON SCENE -1E40 | patresle |
| 03/24/2019 16:16:08 | BASIC AND CRIM HX FAXED TO SEWARD PD | patresle |
| 03/24/2019 16:03:29 | No return on the III | pldander |
| 03/24/2019 15:56:49 | III ran/logged | pldander |
| 03/24/2019 15:37:32 | 1E41 CALLS OUT 10-6 SKILAK RD FOR A MIN (DID NOT CALL OUT 19 TO JAIL) | patresle |
| 03/24/2019 15:18:54 | asap 1 hour | pjbanta |
| 03/24/2019 15:18:46 | SVR Notes: blue honda pilot | pjbanta |
| 03/24/2019 15:18:19 | SEARCH ALREADY COMPLETED, VEH GOING BACK TO TOW COMPANY IMPOUND -1E41 | patresle |
| 03/24/2019 15:16:48 | SVR Notes: blue honda pilot | pjbanta |
| 03/24/2019 15:15:25 | Redacte SIMS-PEREZ | patresle |
| 03/24/2019 15:14:56 | JNF328 STOPPED AT MI 53 STERLING BY 1E40 | patresle |
| 03/24/2019 15:14:04 | 10-80 | patresle |
| 03/24/2019 15:01:32 | <<<<<ARMS 19209>>>>> to 1e41 | pldander |
| 03/24/2019 14:57:09 | PAROLE FOR THE MURDER CASE | patresle |
| 03/24/2019 14:55:56 | + | pkcope |
| 03/24/2019 14:55:33 | JNF328 the black mercedes keeps driving by still - 1e41 | pldander |
| 03/24/2019 14:52:17 | Correction, Found some Heroin**** and a scale - 1e41 | pldander |
| 03/24/2019 14:51:45 | Found some Marijuana - 1e41 | pldander |
| 03/24/2019 14:49:51 | ANY ALC ON BOARD WILL BE ARRESTABLE, THAT IN CONJUNCTION WITH NO TRAVEL PERMIT WILL BE ENOUGH FOR PROBATIONS TO GO FORWARD WITH ARREST | patresle |
| 03/24/2019 14:49:14 | ISSUE THE TICKET AND HAVE HIM AND HIS CITATION APPEAR TO ANCHORAGE PROBATIONS TUESDAY AT 1000 IF NOTHING FOUND ON SEARCH | patresle |
| 03/24/2019 14:48:53 | Per 1e40 | pldander |
| 03/24/2019 14:48:50 | I'm 19 from 26 Seward Hwy | pldander |
| 03/24/2019 14:48:44 | He was travelling NB, he said he came down to Soldotna earlier - 1e41 | pldander |
| 03/24/2019 14:48:23 | SUBMIT TO PBT PER PO | patresle |
| 03/24/2019 14:47:44 | NO TRAVEL PERMIT FILED PER PO | patresle |
| 03/24/2019 14:47:32 | disregard sims | pjbanta |
| 03/24/2019 14:47:27 | He's the only one in the vehicle, There's a black mercedes that keeps driving back and forth - 1e41 | pldander |
| 03/24/2019 14:47:05 | sims 97/v | pjbanta |
| 03/24/2019 14:46:53 | sims Redact out of anchorage | pjbanta |
| 03/24/2019 14:46:23 | PO CHECKING FOR TRAVEL PERMIT | patresle |
| 03/24/2019 14:46:09 | SEARCH FOR ALCOHOL PART OF CONDITIONS | patresle |
| 03/24/2019 14:45:47 | Should have an Anchorage address - 1e41 | pldander |
| 03/24/2019 14:45:37 | ATL Rolando Simms a BMA - 1e41 | pldander |
| 03/24/2019 14:43:21 | Call his PO, let him know I stopped him at mile 58.5 Sterling Hwy, He was in Soldotna, stopped him for going 81 in a 55 - 1e41 | pldander |
| 03/24/2019 14:41:41 | One detained - 1e41 | pldander |
| 03/24/2019 14:41:22 | 6958974 Lopez | pldander |

**Vehicles:** 2 rows

| Vehicle Role | Type | Make | Model (All) | Plate (All) | State (All) |
|---|---|---|---|---|---|
| Involved Vehicle | | | | JNH473 | |
| Involved Vehicle | | | | JNF328 | |

**Persons:** 3 rows

| Role (All) | Name (All) | Address (All) | Primary Caller (All) |
|---|---|---|---|
| Complainant | beck, ira | | Yes |
| Driver | Sims-Perez, Rolando | | |
| Defendant | Soto Lopez, Rey Joel | | |

**Incidents:** 4 rows



| ORI | Incident Number (All) | Incident Type | Case Number |
|---|---|---|---|
| AKAST0400 | 2019-00006358 | MICS 4 | |
| AKAST0400 | 2019-00006345 | Traffic Stop | |
| AKAST0400 | 2019-00006357 | Probation Violation | |
| AKAST0400 | 2019-00006367 | Follow Up | |

**Units:** 4 rows

| ORI | Unit Number (All) | Status | Dispatch Time | En Route Time | Arrived Time | Cleared Time | Incident Number | Staged Time | Transport Time | At Hospital Time | De Ho |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AKAST0400 | 1E40 | Off Shift | 03/24/2019 14:48:16 | 03/24/2019 15:23:37 | 03/24/2019 15:30:17 | 03/24/2019 16:50:35 | 2019-00006358 | | | | |
| AKAST0400 | 1E41 | Off Shift | 03/24/2019 14:38:28 | 03/24/2019 14:38:28 | 03/24/2019 15:37:08 | 03/24/2019 17:17:02 | 2019-00006345 | | | | |
| AKAST0400 | 1E41 | Off Shift | 03/24/2019 14:38:28 | 03/24/2019 14:38:28 | 03/24/2019 15:37:08 | 03/24/2019 17:17:02 | 2019-00006357 | | | | |
| AKAST0400 | 1E41 | Off Shift | 03/24/2019 14:38:28 | 03/24/2019 14:38:28 | 03/24/2019 15:37:08 | 03/24/2019 17:17:02 | 2019-00006367 | | | | |

## CFS: 1435

**Police Call Type:** Follow Up
**Priority:** Medium
**Nature of Call:**
**Location:** 36258 SUTHARD BLVD -
**Common Name:**
**Cross Streets:** DELTA AVE / KILOWATT AVE
**Beat:** AST
**Police ORI:** AKAST0400
**Call Date/Time:** 03/24/2019 17:55:16
**Report Required:** No
**Dispositions:**

**Fire Call Type:**
**Caller Phone:** (907) [Redacte]
**District:**
**Fire FDID:** 26320
**Dispatch Date/Time:** 03/24/2019 18:05:07
**Cleared Time:**

**EMS Call Type:**
**Extension:**
**Primary Unit:** 1E41
**Venue:** RIDGEWAY

**Quadrant:** CES1N
**EMS FDID:** 26510
**Arrive Date/Time:**
**Fire Controlled Time:**

**Station:**

**Narratives:** 0 rows

| Date/Time | Narrative | User |
|---|---|---|
| (All) | (All) | |
| No data. | | |

**Vehicles:** 0 rows

| Vehicle Role | Type | Make | Model | Plate | State |
|---|---|---|---|---|---|
| | | | (All) | (All) | |
| No data. | | | | | |

**Persons:** 1 rows

| Role | Name | Address | Primary Caller |
|---|---|---|---|
| | (All) | (All) | |
| Complainant | beck, ira | | Yes |

**Incidents:** 0 rows

| ORI | Incident Number | Incident Type | Case Number |
|---|---|---|---|
| | (All) | | |
| No data. | | | |

**Units:** 1 rows

| ORI | Unit Number | Status | Dispatch Time | En Route Time | Arrived Time | Cleared Time | Incident Number | Staged Time | Transport Time | At Hospital Time | De Ho |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (All) | | | | | | | | | | |
| AKAST0400 | 1E41 | Off Shift | 03/24/2019 18:05:07 | | | 03/24/2019 18:05:09 | | | | | |