# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. REY JOEL SOTO-LOPEZ

CASE NO: 3:19-CR-00114-JMK-MMS

---

Defendant REY JOEL SOTO-LOPEZ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third-party custodian(s).

☐ Paid cash bail in the amount of $_____

☐ Posted unsecured bond in the amount of $_____

☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $_____ with the Clerk of Court

☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

☒ Other  Release to the House of Transformation by 8:00 a.m. on 4/7/2021.

DATED at **Anchorage**, Alaska, this **6th** day of **April, 2021**.

s/Matthew S. Scoble
Matthew M. Scoble
United States Magistrate Judge

Original & 1 cy to U.S. Marshal