E. BRYAN WILSON
Acting United States Attorney

G. MICHAEL EBELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Michael.ebell@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>REY JOEL SOTO-LOPEZ,<br><br>    Defendant. | No. 3:19-cr-00114-JMK-MMS |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney, G. Michael Ebell, now appears as counsel for the United States of America in the above-entitled action.

//

//

All future correspondence in this matter should be sent to:

    G. MICHAEL EBELL
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    222 West Seventh Avenue, #9, Room 253
    Anchorage, Alaska 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-1500
    Email: Michael.ebell@usdoj.gov

RESPECTFULLY SUBMITTED April 14, 2021, in Anchorage, Alaska.

    E. BRYAN WILSON
    Acting United States Attorney

    s/ G. Michael Ebell
    G. MICHAEL EBELL
    Assistant U.S. Attorney
    United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2021,
a true and correct copy of the foregoing was
served electronically on the following:

Counsel of Record

s/ G. Michael Ebell
Office of the U.S. Attorney

U.S. v. Soto-Lopez
3:19-cr-00114-JMK-MMS          Page 2 of 2

Case 3:19-cr-00114-JMK-MMS   Document 135   Filed 04/14/21   Page 2 of 2