# UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 3:19-CR-00114-001-JMK-MMS |
| vs. | ) | |
| | ) | ORDER |
| REY JOEL SOTO-LOPEZ | ) | |

Based on the *Petition for Action on Conditions of Pretrial Release* filed on May 5, 2021, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ ] **[For U.S. District Judge:]** A WARRANT FOR ARREST be issued and delivered to the U.S. Marshal's Service; and that the petition, this order, and a copy of the warrant be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the defendant.

[ ] The petition for action is referred to the U.S. Magistrate Judge for pretrial release matters.

[ ] The petition for action will remain with the U.S. District Judge for pretrial release matters.

[ ] The matter be scheduled for a bail review hearing before the U.S. District Judge. Upon the scheduling of the hearing, the Clerk's office shall unrestrict access to the petition for action.

[ ] **[For U.S. Magistrate Judge:]** A WARRANT FOR ARREST be issued and delivered to the U.S. Marshal's Service; and that the petition, this order, and a copy of the warrant be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the defendant.

[X] A SUMMONS be issued for the matter to be scheduled for a bail review hearing before the U.S. Magistrate Judge. Upon the scheduling of the hearing the Clerk's Office shall unrestrict access to the petition for action. **The Clerk is directed to issue a summons for defendant to appear for a bail review hearing once scheduled.**

[ ] Other: _____

Dated this 5th day of May 20 21.

Honorable Matthew M. Scoble
United States Magistrate Judge