E. BRYAN WILSON
Assistant United States Attorney

G. MICHAEL EBELL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: michael.ebell@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00114-JMK-MMS |
| Plaintiff, | ) |
| vs. | ) |
| REY JOEL SOTO-LOPEZ, | ) |
| Defendant. | ) |

**NOTICE OF INTENT TO USE THE COURT'S DIGITAL
EVIDENCE PRESENTATION SYSTEM**

COMES NOW the United States of America, by and through undersigned counsel, and hereby gives notice of the United States' intent to use the Court's Digital Evidence Presentation System (DEPS) during the Motion to Suppress Hearing in the above captioned case, currently scheduled to start May 20, 2021, at 2:00 p.m.

//

//

RESPECTFULLY SUBMITTED May 18, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ G. Michael Ebell
G. MICHAEL EBELL
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2021,
a true and correct copy of the foregoing
was served electronically on:

Gary Colbath

s/ G. Michael Ebell
Office of the U.S. Attorney

U.S. v. Soto-Lopez
3:19-cr-00114-JMK-MMS          Page 2 of 2
Case 3:19-cr-00114-JMK-MMS   Document 141   Filed 05/18/21   Page 2 of 2