E. BRYAN WILSON
Acting United States Attorney

G. MICHAEL EBELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Michael.ebell@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REY JOEL SOTO-LOPEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:19-cr-00114-JMK-MMS |

**NOTICE**

COMES NOW the United States of America, by and through undersigned counsel, and respectfully files this Notice of Telephonic Witnesses at the Motion to Suppress hearing in the above-entitled case scheduled for Thursday, May 20, 2021, at 2:00 p.m., in Anchorage, Alaska.

//

RESPECTFULLY SUBMITTED May 19, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*s/* G. Michael Ebell
G. MICHAEL EBELL
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2021,
a true and correct copy of the foregoing was
served electronically on:

Gary Colbath

*s/* G. Michael Ebell
Office of the U.S. Attorney