Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: Gary_colbath@fd.org

Counsel for Defendant Rey Joel Soto-Lopez

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>REY JOEL SOTO-LOPEZ,<br><br>                Defendant. | Case No. 3:19-cr-00114-JMK-MMS<br><br>**NOTICE TO THE COURT RE DEFENSE WITNESSES APPEARING TELEPHONICALLY OR BY VIDEOTELECONFERENCE** |

       Defendant Rey Joel Soto-Lopez, through counsel, Gary C. Colbath, Assistant Federal Defender, hereby gives notice that one or more defense witnesses would like to testify by video teleconference or telephonically, if necessary, at the Continued Motion to Suppress Hearing scheduled for May 20, 2021, at 2:00 p.m.

       DATED at Anchorage, Alaska this 20th day of May, 2021.

                                                    Respectfully submitted,
                                                  */s/ Gary G. Colbath*
                                                  Gary G. Colbath
                                                  Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 20, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system of this Notice.
*/s/ Gary G. Colbath*