Mar/25/2019 9:24:33 AM  
Mar/25/2019 8:35:32 AM  Alaska Court System Anchorage 907-264-0749  
9072242448->907-264-0749  
Mar 25 2019 08:39AM Seward AST 9072242446  
page 6  
6/10  
6/10

Exempt from VRA while sealed.  
Screen for VRA when public.

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA  
AT ___Seward___

Search Warrant No. 3AN-19-925 SW

Affiant -- List all related court case numbers, if any: _____

# AFFIDAVIT FOR SEARCH WARRANT

NOTE: Before completing this affidavit, read the following points which should be addressed in your statement of the facts. A search warrant may not be issued until probable cause for the search has been shown. You should explain:

1. Who was observed (give names or other identifying information).
2. When did the observations take place (date, time, and sequence of events).
3. Who made the observations.
4. Why were the observations made. If, for example, the information came from an informant, the informant's reasons for making the observations should be specified, and reasons for relying on the informant's information should be set out.
5. What was observed. Include a full description of events relevant to establish probable cause.
6. Where did the observations take place. Describe the location of the observers and the persons or objects observed. The description must be as specific as the circumstances will allow.
7. How were the observations made. For example, was an informant used, was there an undercover officer, was electronic surveillance involved, etc.
8. All other relevant information.

Being duly sworn, I state that I have reason to believe that:

☐ on the person of _____

☒ on the premises known as Alaska State Troopers Soldotna Post at 46333 Kalifornsky Beach Road

at Soldotna, Alaska,

Page 1 of 5  
CR-705wt (6/07)  
AFFIDAVIT FOR SEARCH WARRANT



DEFENDANT'S EXHIBIT  
CASE NO. 3:19-cr-00114 SLG  
EXHIBIT NO. D1

AS 12.35.010-.120  
Crim. R. 37

Exempt from VRA while sealed.
Screen for VRA when public.

Search Warrant No. 3AN-19-935 SW

there is now being concealed property, namely: A blue 2006 Honda Pilot, bearing AK registration JNH473.

which (see AS 12.35.020)

☒ 1. is evidence of the particular crime(s) of <u>MICS II, MICS III, MICS IV</u>,
☒ 2. tends to show that <u>Rey Soto-Lopez DOB 10/22/1979</u> committed the particular crime(s) of <u>MICS II, MICS III, MICS IV</u>
☐ 3. is stolen or embezzled property,
☐ 4. was used as a means of committing a crime,
☐ 5. is in the possession of a person who intends to use it as a means of committing a crime,
☐ 6. is one of the above types of property and is in the possession of _____ to whom _____ delivered it to conceal it,
☐ 7. is evidence of health and safety violations,

and the facts tending to establish the foregoing grounds for issuance of a search warrant are as follows:

Your affiant, Trooper Trevor Howard is an Alaska State Trooper currently assigned to patrol at the Alaska State Troopers Seward Post. I have been employed as an Alaska State Trooper since February 2015. I attended the Department of Public Safety Academy from February 2015 to July 2015, where I received 965 hours of general training. At the academy, I received training in law enforcement, interviewing, evidence collection, and basic law. Since graduating the academy, I have received further training in advanced motor vehicle thefts, sexual assault investigations, and terrorism response tactics.

After graduating from the academy, I was previously stationed at the Alaska State Troopers Fairbanks Post and assigned to patrol from July 2015 to July 2017. In August 2017, I transferred to the Alaska State Troopers Seward Post.

I have investigated numerous felony crimes including MICS, assaults, burglaries, thefts, and manslaughter.

On March 24, 2019 at approximately 1438 hours, I was in my marked Alaska State Trooper patrol vehicle conducting traffic enforcement near mile 58.5 of the Sterling Highway.

Page 2 of 5
CR-705wi (8/07)
AFFIDAVIT FOR SEARCH WARRANT

AS 12.35.010-.120
Crim. R. 37

3AN-19-925
Exempt from VRA while sealed.
Screen for VRA when public.

During my patrol, I observed a blue 2006 Honda Pilot, bearing AK registration JNH473, driving northbound on the Sterling Highway. I estimated the vehicle travelling at approximately 80mph. I activated my radar unit which displayed the vehicle was travelling 81mph. The radar unit provided a steady doppler tone and there were no other vehicles around. I had tested my radar prior to starting shift.

I conducted a traffic stop on the vehicle and contacted the driver and sole occupant of the vehicle, identified as Rey Soto-Lopez.

I explained to Rey why I stopped him. Rey did not argue and immediately stated that he was on probation out of Anchorage for Murder, Robbery, and Assault. Additionally, Rey stated he did not have a travel pass with him. Rey stated he drove down to Soldotna to look for work opportunities. Due to safety concerns, I detained Rey and seated him in the rear of my patrol vehicle.

I requested Soldotna AST dispatch run Rey's information through APSIN/NCIC. Dispatch confirmed that Rey was on probation for the aforementioned charges. Due to not having adequate cell phone reception, I requested dispatch contact the on-call probation officer in Anchorage and advise them of the situation. The on-call probation officer requested a search be conducted of the vehicle due to the fact that Rey did not have a travel pass to leave the Municipality of Anchorage.

During my search of the vehicle, I located three small Ziploc baggies in the center console, two of which appeared to have brown tar-like residue in them. One of the baggies contained a small amount of brown tar-like substance resembling heroin. Additionally, I located a scale in the center console and several syringes in a tote bag located on the passenger side floor board, indicative of heroin use. I took several photos of the baggies, scale, and syringes.

I conducted a NIK test on the brown tar-like substance. The NIK test showed that the substance tested presumptive positive for the presence of heroin. The weight of the heroin measured at approximately 0.8 grams. I took a photo of the heroin placed on a scale with the weight displayed.

I seized the baggies, scale, and heroin from the vehicle. I then returned to my patrol car and read Rey his Miranda Rights. Rey indicated he understood his rights and agreed to speak with me.

Rey indicated that he uses heroin only occasionally when he parties with the opposite sex. Rey stated that he is not an addict and only dabbles and uses the drug socially. Additionally, Rey uses heroin to help deal with unhealthy relationships.

This information was provided to the on-call probation officer who ultimately requested Rey be arrested for violating his conditions.

ASAP Towing responded to take possession of the vehicle.

While en route to the Seward Jail, Rey made an excited utterance, stating he "blew it" and that he actually went to Soldotna to "party with girls".

Upon arrival to the Seward Jail, Rey was remanded for a probation violation and a new charge of Misconduct Involving a Controlled Substance in the Fourth Degree.

At approximately 1800 hours, Ira Beck with ASAP Towing contacted AST to report he located additional narcotics inside the vehicle. I spoke with Ira briefly about this over the phone. The conversation was not audio recorded.

Ira advised while doing their own inventory of the vehicle, he located a bluish colored oval

Page 3 of 5
CR-705wt (6/07)
AFFIDAVIT FOR SEARCH WARRANT

AS 12.35.010-.120
Crim. R. 37

Case 3:19-cr-00114-JMK-MMS   Document 147-1   Filed 05/20/21   Page 3 of 5
Soto-Lopez_00000562 (3 of 5)

Mar/25/2019 9:24:33 AM
Mar/25/2019 8:35:32 AM   Alaska Court System Anchorage 907-264-0749
Mar 25 2019 08:41AM Seward AST 9072242446   9072242446->907-264-0749
page 9
9/10
9/10

3AN-19-935

Exempt from VRA while sealed.
Screen for VRA when public.

case, with a wire wrapped around the perimeter of the case, hidden in the rear of the vehicle. The case appeared to be locked, however it was not. Ira observed a corner of a plastic bag sticking out of the case. Ira opened the case and located what he believes to be methamphetamine. Ira advised the bag with methamphetamine is approximately the size of his fist. Ira put the methamphetamine and case back inside the vehicle and contacted AST. The vehicle was towed to Soldotna AST pending a search warrant.

I am requesting a warrant to search the vehicle, and all of its contents to include a safe, for the presence of controlled substances, cash, cell phones, and other items of evidentiary value that may be indicative of the distribution and/or possession of controlled substances.

Page 4 of 5
CR-705wt (6/07)
AFFIDAVIT FOR SEARCH WARRANT

AS 12.36.010-.120
Crim. R. 37

Case 3:19-cr-00114-JMK-MMS   Document 147-1   Filed 05/20/21   Page 4 of 5
Soto-Lopez_00000563 (4 of 5)

Mar/25/2019 9:24:33 AM
Mar/25/2019 8:35:32 AM    Alaska Court System Anchorage 907-264-0749
Mar 25 2019 08:41AM Seward AST 9072242446    9072242446->907-264-0749
page 10
10/10
10/10

Exempt from VRA while sealed.
Screen for VRA when public.

Search Warrant No. 3AN-19-0?5 SW

In addition, I believe there are compelling reasons for postponing service of notice of the search warrant. Postponing service of the notice of the search warrant may:

☐ avoid jeopardizing a confidential informant's safety.
☐ avoid impairing the informant's investigative efforts in other cases.
☐ allow time for follow-up investigations in this case.

Trooper Howard
Title

_____
Signature

Subscribed and sworn to or affirmed before me on _____, 20__, at _____, Alaska.

(SEAL)

"Under AS 09.63.020 a Notary is unavailable and I certify under penalty that the foregoing is true on this 25 day of MARCH 2019 in Seward, Alaska."

Officer's Printed Name: TROOPER TREVOR HOWARD
Officer's Signature: _____

☐ Additional testimony relating to this affidavit was recorded on Tape/CD # _____, beginning log # _____, ending log # _____.

Page 6 of 6
CR-705wt (6/07)
AFFIDAVIT FOR SEARCH WARRANT

AS 12.35.010-.120
Crim. R. 37

Case 3:19-cr-00114-JMK-MMS   Document 147-1   Filed 05/20/21   Page 5 of 5
Soto-Lopez_00000564 (5 of 5)