MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. REY JOEL SOTO-LOPEZ   CASE NO. 3:19-CR-00114-JMK-MMS
Defendant: X Present  X On Bond

BEFORE THE HONORABLE: MATTHEW M. SCOBLE

DEPUTY CLERK: CAMILLE WHITE

OFFICIAL REPORTER: NONE PRESENT

UNITED STATES' ATTORNEY: GAILON MICHAEL EBELL

DEFENDANT'S ATTORNEY: GARY GEORGE COLBATH

PROCEEDINGS: HEARING ON MOTION TO SUPPRESS (DKT 84) FRANKS HEARING HELD MAY 20, 2021
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:16 p.m. court convened.

Court and counsel heard re witness availability and witness exclusionary rule.

Court and counsel heard re judicial notice taken of transcript from previous evidentiary hearing January 28, 2020 (DKT 52).

Witness Trevor Howard sworn and testified on behalf of defendant. Plaintiff exhibit 5 **IDENTIFIED**. Plaintiff exhibits 1 and 2 **ADMITTED**; Plaintiff exhibit 7 (under seal) **ADMITTED**. Defendant exhibits D-1, D-6 **ADMITTED**.

Court and counsel heard re scheduling further proceedings in this matter and witnesses appearing by video.

Bail Hearing set June 4, 2021 at 3:00 PM is **VACATED** and **RESET** to be held with continued Motion Hearing.

Court directed clerk to order an expedited transcript of proceedings.

Continued to Page 2

(Revised 1-29-2015)

```
                    CONTINUATION - PAGE 2
                 U.S.A. vs. REY JOEL SOTO-LOPEZ
                      3:19-cr-00114-JMK-MMS
          HEARING ON MOTION TO SUPPRESS (DKT 84) FRANKS HEARING
                          MAY 20, 2021
-----------------------------------------------------------------
```
At 4:56 p.m. court recessed this matter to reconvene, **Tuesday, June 8, 2021 at 11:00 a.m.** in person Anchorage Courtroom 3 witness to appear using Virtual Courtroom 1. Counsel will receive instructions for accessing the Virtual Courtroom by a separate sealed docket entry.

DATE: May 20, 2021     DEPUTY CLERK'S INITIALS: ACW

(Revised 1-29-2015)