Gary C. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant Rey Joel Soto-Lopez

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REY JOEL SOTO-LOPEZ,<br><br>Defendant. | Case No. 3:19-cr-00114-SLG-MMS<br><br>**MOTION FOR LEAVE TO FILE HEARING EXHIBIT D-7 UNDER SEAL** |

Defendant Rey Joel Soto-Lopez, through counsel, Gary C. Colbath, Assistant Federal Defender, moves this Court for an order granting leave to file his hearing Exhibit D-7 under seal. The exhibit is to be discussed at the Continued Franks Hearing now set for June 8, 2021, on the Motion to Suppress [84]. Filing under seal is requested because the exhibit is a protected document and redaction of the document would make it illegible.

DATED at Anchorage, Alaska this 30th day of May, 2021.

Respectfully submitted,

*/s/ Gary C. Colbath*
Gary C. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 25, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system. */s/ Gary C. Colbath*