UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br>REY JOEL SOTO-LOPEZ,<br><br>                Defendant. | Case No. 3:19-cr-00114-SLG-MMS<br><br>*Proposed* **ORDER RE MOTION FOR LEAVE TO FILE HEARING EXHIBIT D-7 UNDER SEAL** |

After due consideration of defendant's Motion for Leave to File Hearing Exhibit D-7 Under Seal, the court GRANTS the motion.

IT IS ORDERED that Defendant's Exhibit D-7 may be filed under seal for the Continued Franks Hearing scheduled for June 8, 2021, at 11:00 a.m.

DATED this \_\_ day of May, 2021, in Anchorage, Alaska.

_____
Matthew M. Scoble, Magistrate Judge
UNITED STATES DISTRICT COURT