(Rev 3/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

---

**Case No.:** 3:19-cr-00114-JMK-MMS  **Magistrate Judge:** MATTHEW M. SCOBLE

**Title:** U.S.A.

**vs.** REY JOEL SOTO-LOPEZ

**Dates of Hearing:** MAY 20, 2021/JUNE 8, 2021

**Deputy Clerk/Recorder:** CAMILLE WHITE/HOLLY RHODEN

**Official Reporter:** NONE PRESENT

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 5/20/2021 | 2:21:46 PM | 4:47:26 PM | W-1 | TREVOR HOWARD | DEF |
| 6/8/2021 | 11:11:27 AM | 11:54:11 AM | W-2 | IRA BECK | DEF |
| 6/8/2021 | 11:57:17 AM | 12:05:58 PM | W-3 | PATRICK ALLEN MIZE | DEF |
| 6/8/2021 | 12:08:11 PM | 12:19:20 PM | W-4 | DEVIN DRAKE | DEF |
| 6/8/2021 | 12:21:49 PM | 12:53:19 PM | W-5 | RONNY ALLEN SIMMONS | PLT |
| 6/8/2021 | 12:54:13 PM | 1:01:25 PM | W-6 | JOHN WESLEY KING | PLT |