E. BRYAN WILSON
Assistant United States Attorney

G. MICHAEL EBELL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: michael.ebell@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>REY JOEL SOTO-LOPEZ,<br><br>　　　　　　Defendant. | ) No. 3:19-cr-00114-JMK-MMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE TO THE COURT RE TELEPHONIC WITNESSES**

COMES NOW the United States of America, by and through undersigned counsel, and respectfully files this Notice of Telephonic Witnesses. One or more government witnesses would like to testify by video teleconference or telephonically, if necessary, at the Detention Hearing, presently scheduled for Tuesday, July 20, 2021, at 9:00 a.m., in Anchorage, Alaska.

//

//

RESPECTFULLY SUBMITTED July 16, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ G. Michael Ebell
G. MICHAEL EBELL
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2021,
a true and correct copy of the foregoing
was served electronically on:

Gary Colbath

s/ G. Michael Ebell
Office of the U.S. Attorney

U.S. v. Soto-Lopez
3:19-cr-00114-JMK-MMS          Page **2** of **2**
Case 3:19-cr-00114-JMK-MMS   Document 169   Filed 07/16/21   Page 2 of 2