E. BRYAN WILSON
Acting United States Attorney

ALLISON O'LEARY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Allison.Oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REY JOEL SOTO-LOPEZ,<br><br>Defendant. | Case No. 3:19-cr-00114-JMK-MMS |

**NOTICE TO DISCONTINUE ELECTRONIC SERVICE**

COMES NOW, the United States of America, by and through counsel, and herby notifies the Court that Assistant United States Attorney, Allison O'Leary, is no longer an active participant in the above-referenced case. The government authorized the Clerk's Office to terminate service on Allison O'Leary of all future documents filed in this case.

//

RESPECTFULLY SUBMITTED on August 5, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*s/ Allison O'Leary*
ALLISON O'LEARY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2021,
a true and correct copy of the foregoing was
served electronically on the following:

Counsel of Record

s/*Allison O'Leary*
Office of the United States Attorney