Michael Marks
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: michael_marks@fd.org

Counsel for Defendant Rey Joel Soto-Lopez

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REY JOEL SOTO-LOPEZ,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00114-JMK-MMS<br><br>**NOTICE OF APPEARANCE** |

COMES NOW Assistant Federal Defender Michael Marks, and hereby enters his appearance as co-counsel for Mr. Soto-Lopez. All filings and correspondence regarding this matter should be served on the undersigned at the above-listed address.

DATED at Anchorage, Alaska this 20th day of October, 2021.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　　FOR THE DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　　　　*/s/ Michael Marks*
　　　　　　　　　　　　　　　　　　　Michael Marks
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Counsel for Rey Joel Soto-Lopez

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 20, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Michael Marks*