IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REY JOEL SOTO-LOPEZ,<br><br>Defendant. | Case No. 3:19-cr-00114-JMK<br><br>**ORDER OF DISMISSAL** |

Before the Court at Docket 278 is the Government's Motion to Dismiss Indictment without Prejudice ("Motion"), requesting the Court dismiss the Indictment, including all forfeiture allegations. Pursuant to Federal Rule of Criminal Procedure 48(a), the Court **GRANTS** the Motion at Docket 278. Accordingly, Counts 1, 2, and 3; the Enhanced Penalties Allegation; and Criminal Forfeiture Allegations 1 and 2 of the Indictment at Docket 2 are **DISMISSED WITHOUT PREJUDICE**. Further, the Status Conference on January 27, 2023, at 12:00 p.m. is **VACATED**.

IT IS SO ORDERED this 10th day of January 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge